UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ADELINE S. GREENWELL, an individual,

       Plaintiff,

  v.

RONALD STREMEL GREENWELL, an individual; RANDEE J. BRADY, an individual; CARLA ROBBINS LEWIS, an individual,

       Defendants.

NO. CIV. S 04-2205 MCE GGH

ORDER

----oo0oo----

On May 6, 2005, a Petition for Appointment of Guardian ad Litem was filed on behalf of Plaintiff Adeline S. Greenwell. That Petition proposes that Plaintiff's daughter, Coral Lou Sehara, be appointed due to Plaintiff's age (90) and rapidly deteriorating health.

1

1    This action alleges that two of Plaintiff's other children[1], Defendants Ronald Stremel Greenwell and Carla Robbins Lewis, are liable for misappropriation and/or conversion of monies belonging to Plaintiff's Trust Estate.  In opposition to the instant request for appointment of a Guardian Ad Litem, Defendants, while not disputing the need for appointment of a fiduciary due to their mother's condition, nonetheless bring to the Court's attention circumstances suggesting that Coral Lou Sehara may have a conflict of interest in serving as Guardian Ad Litem in this matter.  Given those allegations and the nature of this case, the Court finds that the ex parte appointment of a Guardian Ad Litem advocated by Plaintiff's counsel is inappropriate. Consequently, the Petition now before the Court is DENIED.

   Any future request for the appointment of a Guardian ad Litem in this case shall be commenced by the filing of a noticed motion. In the event such a motion is submitted, counsel should be prepared to respond to the court's inquiry as to potential candidates for that position at the time of the hearing.

   IT IS SO ORDERED.

DATED: May 31, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] The third named defendant, Randee J. Brady, another daughter of Plaintiff's, was dismissed on January 10, 2005.