1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**

9                   Eastern District of California

10                      Sacramento Division

11   Adeline S. Greenwell,              )      No.  CIV-S-04-2205 MCE GGH
                                        )
12                                      )
                     Plaintiff,         )
13                                      )      **ORDER GRANTING TELEPHONIC**
          v.                            )      **APPEARANCE**
14                                      )
     Ronald Stremel Greenwell,          )
15   *et al,*                           )
                                        )
16                   Defendants.        )
17   _____)

18        The Court having reviewed plaintiff, Adeline S. Greenwell's Request to Appear

19   Telephonically and good cause appearing therefore,

20        **IT IS HEREBY ORDERED** that counsel may appear telephonically.  The Deputy

21   Courtroom Clerk will contact Plaintiff's attorney, Richard Morris, at 623-583-1040 on the

22   morning of the hearing.

23   Date: August 31, 2005

24

25

26                                     _____
                                       MORRISON C. ENGLAND, JR
                                       UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26