ROBERT P. DUDUGJIAN, ES. (SBN: 070707)
EDWARD A. SMITH, ESQ. (SBN: 139950)
DUDUGJIAN & MAXEY
A Law Corporation
13 SierraGate Plaza, Building B
Roseville, California 95678-6602
Telephone: (916) 786-7272
Facsimile: (916) 786-7306

Attorneys for Defendants
Ronald S. Greenwell
and Carla Robbins Lewis

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adeline S. Greenwell, an individual,<br><br>　　　Plaintiff,<br><br>vs.<br><br>Ronald Stremel Greenwell, an individual; Randee J. Brady, an individual; Carla Robbins Lewis, an individual<br><br>　　　Defendants. | Case No. CIV.S-04-2205 MCE GGH<br><br>STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271 |

Defendants Ronald Stremel Greenwell, an individual and Carla Robbins Lewis, an individual, by counsel and Plaintiff through Coral Lou Glen Sehara and M& I/Marshall & Isley Trust Co. (hereinafter "M&I") as trustees of the A Trust of the Ralph A. Greenwell and Adeline S. Greenwell Declaration of Trust dated November 20, 1987, by counsel have agreed to and hereby stipulate to submit this matter to the Voluntary Dispute Resolution Program of this Court. The parties stipulate to mediation (only) under Local Rule 16-271 of this Court.

1 | The original plaintiff Adeline S. Greenwell, an individual died on or about June 28, 2005. A motion to substitute Coral Lou Glen Sehara and M & I as party plaintiffs in this action is pending before this court with a hearing date set for October 17, 2005. Although defendants dispute that Coral Lou Glen Sehara and M & I as trustees have standing on behalf of Adeline S. Greenwell, an individual to assert all claims asserted in the complaint, said defendants do stipulate that Coral Lou Glen Sehara and M & I as trustees of the A Trust have authority to resolve and compromise some of the claims on behalf of the trust. Further, Coral Lou Glen Sehara and M & I as trustees are named as cross-claimants in a proposed cross-claim. The hearing date on the proposed cross-claim was originally scheduled for September 12, 2005 and was continued by the court to November 14, 2005 .

Defendant Randee J. Brady, originally named in this lawsuit, is no longer a defendant, but she is named as a cross-claimant in the proposed cross-claim.

Date:9-15-05                DUDUGJIAN & MAXEY, INC.
                            A Law Corporation


                            /s/ Edward A. Smith
                            Edward A. Smith, Attorney for
                            RONALD S. GREENWELL and
                            CARLA ROBBINS LEWIS

///

///

///

///

///

///

1 | Date:9-14-05         MORRIS REATEGUI, pplc

/s/ Richard W. Morris
Richard W. Morris, Attorney for
Coral Lou Glen Sehara and M & I/
Marshall & Isley Trust Co.

IT IS SO ORDERED

Dated: September 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE