1  ROBERT P. DUDUGJIAN, ES. (SBN: 070707)
2  EDWARD A. SMITH, ESQ. (SBN: 139950)
   DUDUGJIAN & MAXEY
3  A Law Corporation
   13 SierraGate Plaza, Building B
4  Roseville, California  95678-6602
   Telephone:  (916) 786-7272
5  Facsimile:  (916) 786-7306

6
   Attorneys for Defendants
7  Ronald S. Greenwell and Carla Robbins Lewis

8

9                    UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 Adeline S. Greenwell, an individual,       )   Case No. CIV.S-04-2205 MCE GGH
                                              )
13       Plaintiff,                           )   STIPULATION AND ORDER
                                              )   CONTINUING OR EXTENDING
14 vs.                                        )   DISCOVERY DEADLINES
                                              )
15                                            )
   Ronald Stremel Greenwell, an individual; Randee J. )
16 Brady, an individual; Carla Robbins Lewis, an )
                                              )
17 individual                                 )
                                              )
18       Defendants.                          )
                                              )
19 _____)

20         For reasons set forth below, the parties hereto, by and through their respective counsel of

21 record hereby stipulate to continue existing discovery and motion deadlines and respectfully request

22 that the court enter an order authorizing the extension of said deadlines as set forth herein:

23         1.      Plaintiff, Adeline S. Greenwell died on or about June 28, 2005.   The death of

24 Adeline S. Greenwell has resulted in substantial delays concerning the ability of the parties and

25 interested persons to prepare and respond to discovery.  A pending motion is scheduled for a hearing

26 on October 17, 2005 before this court to substitute a new plaintiff.   From  June 28, 2005 to the

27 present, a period in excess of three months, plaintiff has been unable to respond to discovery.

28

2. The defendant and estate representatives have stipulated to submit to the court sponsored Voluntary Dispute Resolution Program and the court has entered orders thereon. A mediator was appointed on October 4, 2005. However, the mediator is unavailable until October 17, 2005 and it is not likely that the mediation will occur until November or December, 2005.

3. The parties believe it would be desirable to defer the time and expense of completing discovery until after the mediation because it would tend to make it more likely that the case might settle.

The parties respectfully request that the court issue an order revising the discovery and motion deadlines as set forth below or alternatively, that the court issue a revised scheduling order as the court deems appropriate:

| **Existing Deadlines** | **Proposed Revised Deadlines** |
| --- | --- |
| **Last day to propound discovery** | |
| October 21, 2005 | December 21, 2005 |
| **Last day to serve notice of discovery motions** | |
| November 1, 2005 | January 3, 2006 |
| **Discovery Cut-off** | |
| November 25, 2005 | January 27, 2006 |
| **Last day to designate expert witnesses** | |
| January 20, 2006 | March 24, 2006 |
| **Last day to serve notice of dispositive motions** | |
| March 3, 2006 | April 21, 2006 |
| **Last hearing date for all dispositive motions** | |
| April 3, 2006 | May 26, 2006 |

The parties are not requesting a revision to the existing schedule deadlines for the following: Deadline to filed the Pretrial Statement, Final Pretrial Conference, briefing schedules and the trial date.

Dated: October 7, 2005                             DUDUGJIAN & MAXEY
                                                   A Law Corporation


                                          By:      /s/ Edward A. Smith
                                                   EDWARD A. SMITH,
                                                   Attorneys for Defendants RONALD S.
                                                   GREENWELL and CARLA ROBBINS LEWIS


Dated: October 7, 2005                             MORRIS LAW FIRM, PLLC


                                                   /s/ Richard W. Morris
                                                   RICHARD W. MORRIS, Attorney
                                                   for Plaintiff, ADELINE S. GREENWELL,
                                                   Deceased

## **ORDER**

Good cause having been established to the satisfaction of the court, it is ordered that the existing scheduling order is vacated and the court hereby adopts the revised scheduling order as set forth in the herein referenced stipulation.

Date: October 12, 2005


                                                   _____
                                                   MORRISON C. ENGLAND, JR
                                                   UNITED STATES DISTRICT JUDGE