UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ADELINE S. GREENWELL, | NO. CIV. S 04-2205 MCE GGH |
| Plaintiff, | |
| v. | ORDER |
| RONALD STREMEL GREENWELL, an individual, RANDEE J. BRADY, an individual; Carla Robbins Lewis, an individual, | |
| Defendant. | |

----oo0oo----

On August 8, 2005, Counsel for Plaintiff filed a one-page document entitled "Suggestion of Death" that attached, as an exhibit, an uncertified copy of a death certificate purported to be that of Adeline S. Greenwell. In addition to suggesting Ms. Greenwell's death, the document also contained a two line request that Coral Lou Glenn-Sehara and Marshall & Ilsley Trust Company, N.A. be substituted as Plaintiffs in this matter, pursuant to Federal Rule of Civil Procedure 25(a).

After this Court informed Plaintiff's counsel that he would

1

1 have to file a noticed motion to obtain such relief, on August
2 26, 2005 a "Notice of Motion to Substitute Parties and Suggestion
3 of Death" was filed which failed to include any motion, let alone
4 a memorandum of points and authorities and other supporting
5 documentation as required by Local Rule 78-230(b).  The Notice of
6 Motion fails to even reference Plaintiff's earlier August 8, 2005
7 filing, leaving the Court to speculate just what relief is sought
8 by the motion, and upon what basis such relief may be justified.
9     Plaintiff's "Notice of Motion" is utterly inadequate on
10 numerous levels, and will be disregarded by the Court.  First, as
11 indicated above, the Notice of Motion itself was filed absent any
12 motion (it does not even refer to the two-line "motion" contained
13 in the earlier August 8, 2005 filing).  Secondly, the Notice of
14 Motion fails even if the August 8, 2005 filing is considered in
15 conjunction with Plaintiff's Notice.  There is still no
16 supporting memorandum of points and authorities, as required by
17 the local rules, or any indication as to the identity/capacity of
18 the individuals proposed to be substituted as Plaintiffs.
19     This Court will not attempt to glean such information by
20 reviewing the case docket in its entirety.  As the Seventh
21 Circuit aptly noted, in perusing the record "judges are not like
22 pigs, hunting for truffles..." United States v. Dunkel, 927 F.2d
23 955, 956, (7th Cir. 1991).  Because Plaintiff's counsel has not
24 specified by supporting papers filed together with his motion why
25 the substitution request is justified, or why the individuals
26 proposed as plaintiffs are appropriate candidates for
27 substitution, his purported motion to substitute necessarily
28 fails at the onset and is accordingly DENIED, without prejudice

to a properly substantiated motion from being submitted.[1]

IT IS SO ORDERED.

DATED: October 13, 2005

                                                           _____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not be of material assistance, this matter was deemed suitable for decision without oral argument. E.D. Local Rule 78-230(h).