ROBERT P. DUDUGJIAN (SBN: 070707)
EDWARD A. SMITH (SBN: 139950)
DUDUGJIAN & MAXEY
A Law Corporation
13 SierraGate Plaza, Building B
Roseville, California 95678-6602
Telephone: (916) 786-7272
Facsimile: (916) 786-7306

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELINE S. GREENWELL,<br>    Plaintiff,<br><br>vs.<br><br>RONALD STREMEL GREENWELL, et. al.<br><br>    Defendants. | Case No. CIV-S-04-2205 MCE GGH<br><br>**STIPULATION AND ORDER VACATING DISCOVERY DEADLINES** |

Defendants and non-party interested persons Coral Lou Glenn Sehara and Marshall & Ilsley Trust Company stipulate, by and through their respective counsel of record to request that the Court vacate its discovery order dated October 12, 2005. The good cause basis for the stipulation and request is as follows:

1. Plaintiff, Adeline S. Greenwell died on or about June 29, 2005.

2. This court entered a revised discovery order by stipulation on October 12, 2005, extending the existing discovery deadlines, including the discovery cut-off to January 27, 2006.

On November 30, 2005, this court issued an order denying a motion filed on behalf of Adeline's daughter, Coral Lou Glenn-Sehara that she and Marshall & Ilsley Trust

1

Company be substituted as plaintiffs in this action. Since June 29, 2005, there has not been a party plaintiff in this action.

4. Prior to the entry of the above referenced order, counsel representing defendants, and non-party interested persons Coral Lou Glenn Sehara and Marshall & Ilsley Trust Company had scheduled a number of depositions of party and non-party witnesses to be taken during the month of January, 2006 before the January 27, 2006 discovery cut-off date.

5. In light of the Court's order referenced in paragraph 3 above, and to avoid the specter of possible multiple depositions of the same witnesses, counsel have informally agreed to postpone the scheduled depositions pending the appointment by the court of an independent fiduciary to serve as the substituted plaintiff in this matter.

6. Counsel agree that the court appointed fiduciary serving as the substituted plaintiff and his/her attorney should be involved in discovery and that discovery should be postponed until after the new substituted plaintiff is appointed by the court.

7. Given that the discovery cut off is January 27, 2006, it is not practicable that if the newly appointed plaintiff is appointed in late December, 2005 or early January, 2006, that discovery can be completed based upon the existing discovery schedule.

For reasons set forth above, defendants and non-party interested persons Coral Lou Glenn Sehara and Marshall & Ilsley Trust Company, through their respective counsel, request that the court enter an order vacating the existing discovery schedule and further request that the Court set a new discovery schedule at the time the new substituted party plaintiff is appointed or at any other time deemed appropriate by the Court.

DATED: December 8, 2005         DUDUGJIAN & MAXEY
                                A Law Corporation


                        By:     /s/ Edward A. Smith
                                EDWARD A. SMITH
                                Attorneys for Defendants

DUDUGJIAN & MAXEY
A Law Corporation
3 Sierra Gate Plaza, Bldg. B
Roseville, CA 95678-6602

2

DATED: December 8, 2005						MORRIS, REATEGUI, PLLC

					By:	/s/ Richard W. Morris
						Richard W. Morris,
						Attorneys for Coral Lou Glenn Sehara
						and Marshall & Ilsley Trust Company

### **ORDER**

Upon the stipulation of defendants and interested persons, and good cause appearing therefor, IT IS ORDERED that the existing discovery order is hereby vacated. The court will issue a revised discovery order on or after the appointment of the substituted party plaintiff. The Court sets a status conference for March 27, 2006 at 9:00 a.m. Parties shall file a joint status report on or before March 13, 2006. Further, per the Court's order of December 1, 2005, defendants' motion for declaratory relief and motion for leave to file cross-claim, currently set for hearing on January 9, 2006, are vacated.

Dated: December 15, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DUDUGJIAN & MAXEY
A Law Corporation Bldg. B
3438 Sierra Gateway Place
Roseville, CA 95678-6602

3