UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADELINE S. GREENWELL,   No. 2:04-cv-2205-MCE-GGH

      Plaintiff,

  v.   **ORDER RE: SETTLEMENT AND DISPOSITION**

RONALD S. GREENWELL and
CARLA ROBBINS LEWIS,

      Defendants.
_____/

Pursuant to the representations of the attorney for plaintiff, the Court has determined that this case is settled.[1]

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 7, 2006.

///
///
///
///
///
///

---

[1] In light of the Court's Order Re: Settlement and Disposition, the March 27, 2006 Status Conference is vacated.

       Failure to comply with this Order may be grounds for the
imposition of sanctions on any and all counsel as well as any
party or parties who cause non-compliance with this order.
       IT IS SO ORDERED.

DATED: March 15, 2006

                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE