UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ADELINE S. GREENWELL,

        Plaintiff,

   v.

RONALD STREMEL GREENWELL, an individual, RANDEE J. BRADY, an individual; CARLA ROBBINS LEWIS, an individual,

        Defendants.

NO. 2:04-cv-2205-MCE-GGH

ORDER

On March 14, 2006, counsel for Plaintiff Adeline S. Greenwell, who is deceased, filed a Notice of Settlement indicating that the instant case had been settled. Thereafter, on March 16, 2006, this Court issued an Order requiring that dispositional documents be submitted not later than April 7, 2006.

Counsel for all parties have now filed a Stipulated Motion for Conditional Dismissal.

///

///

1

The parties points out that given Plaintiff Adeline Greenwell's death, and the fact that no successor Plaintiff has been substituted, filing any dismissal on Plaintiff's behalf is procedurally problematic.  Moreover, given the complex settlement agreement reached between the parties following mediation, the parties request that this Court retain jurisdiction over this matter until the terms of that settlement have been fully satisfied.  While they request that a conditional dismissal be made, they have provided no such dismissal to the Court for consideration.

Although the parties have asked that their Motion for Conditional Dismissal be heard on May 1, 2006, that Motion is continued to **June 5, 2006** at **9:00 a.m.** in order to afford more time for the parties to resolve the terms of their settlement beforehand.  Not less than two weeks prior to June 5, 2006, the parties shall submit a Joint Status Report addressing the following issues: 1) the terms of any proposed conditional dismissal, including the amount of time proposed for the Court to retain jurisdiction, along with a draft order memorializing same; 2) the parties' current position on appointment of a successor plaintiff for purposes of executing a dismissal of this matter; and 3) a statement summarizing the extent to which the terms of settlement have been satisfied, and what issues remain outstanding.

///
///
///
///

In the meantime, the Court's Order of March 16, 2006 is vacated to the extent it requires submission of dispositional documents by April 7, 2006.

    IT IS SO ORDERED.

DATED: March 27, 2006

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE