UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADELINE S. GREENWELL, | ) | No. 2:04-cv-2205-MCE-GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING TELEPHONIC** |
| v. | ) | **APPEARANCE** |
| | ) | |
| RONALD STREMEL GREENWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court having reviewed Richard W. Morris' Request to Appear Telephonically and good cause appearing therefore,

**IT IS HEREBY ORDERED** that counsel may appear telephonically and will be contacted by this Court at 9:00 a.m. on Monday, June 5, 2006 by calling counsel Richard W. Morris at 623-583-1040.

Dated: May 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE