# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| Adeline S. Greenwell, an individual | Case No. CIV-S-04-2205 MCE GGH |
| Plaintiff, | **ORDER** |
| v | |
| Ronald Stremel Greenwell, an individual; Randee J. Brady, an individual; Carla Robbins Lewis, an individual | |
| Defendants. | |

Plaintiff's counsel was ordered to prepare and submit the Order to Defense counsel. This was done on September 5, 2006. In response Defense counsel submitted its own settlement agreement containing items and issues not mentioned in court. Plaintiff's counsel attempted in good faith to successfully agree upon the wording of this Order; however, he has been unable to do so. This Order tracks the settlement agreement pursuant to the transcript of the stipulation of the parties in open court on August 21, 2006, and is being submitted only by counsel for Coral Lou Sehara and M&I Trust.

The parties having stipulated in open court on August 21, 2006, and good

1  cause appearing therefore,

2  **IT IS ORDERED** that the Eastern District of California United States District
3  Court shall continue its jurisdiction until the settlement is completed.

4  **IT IS FURTHER ORDERED** that effective August 21, 2006, Marshall & Ilsely Trust
5  shall be the sole trustee of all trusts created by the grantors, Ralph A. Greenwell
6  and Adeline S. Greenwell, dated November 20, 1987.

7  **IT IS FURTHER ORDERED** approving the Settlement Agreement stipulated to
8  by all parties on August 21, 2006 as stated in open court and transcribed. The
9  terms of the agreement are as follows:

10     1.    With regard to the allocation of assets between the A Trust and B
11            Trust, the Parties understand and agree that there will be a 60/40
12            split with Trust A holding 60 percent, and Trust B holding 40 percent.
13     2.    Marshall & Ilsley Trust will revise the account statements to be
14            consistent and reflect the trust accounting on the allocation
15            between the A Trust and B Trust.
16     3.    Allocation of B Trust assets among the beneficiaries is as follows:

17            Ronald Greenwell:                      25%
               Carla Lewis:                           25%
18            Randee Brady:                         25%
               Coral Lou Sehara:                   6.25%
19            Lynn Johnson:                         6.25%
               Each of Coral Lou Sehara's
20                6 children:                           2.083%

21     4.    The Parties agree that no trustee fees will be charged by family-
22            member trustees. To the extent that trustee fees have been
23            advanced or received fees, the person(s) in receipt of such trustee
24            fees shall reimburse the Trust at a time determined by the Court, or

from the final distribution of trust funds.

5. With regard to the Grass Valley property, the Parties agree that Marshall & Ilsley Trust has the requisite authority to record a lis pendens on the property. Marshall & Ilsley will release the property once they have confirmed that the assets of the trust have been properly distributed in accordance with the terms of this agreement.

6. The distribution will occur as soon as practicable upon the completion of the tax return.

7. The necessary Parties will sign any and all documents necessary to allow Marshall & Ilsely to marshal those assets currently frozen. Once such assets are added to the trust and the taxes are filed, the trustee will be in a position to effect trust distribution in accordance with this agreement.

8. Currently, there are two life insurance policies that have not been marshaled:

American Express Life Insurance Policy, number SP9014060; and Transamerica Insurance Policy, number 2551389.

9. The Parties agree that Marshall & Ilsley Trust shall have the authority to gather the proceeds from the above referenced life insurance policies and to allocate the distribution of the proceeds in an equal amount of 25% to the following individuals: Coral Lou Sehara, Ronald Greenwell, Carla Lewis, and Randee Brady.

10. The Parties understand that the court encourages that all the terms of this agreement be fully satisfied prior to the next scheduled

  hearing of November 27, 2006 at 9:00am.

 11. Once the all Parties have received their portion of the Trust proceeds, the Parties completely and fully release and forever discharge Marshall & Ilsley Trust, of and from any and all past, present or future claims, demands, obligations, actions, causes of action, rights, damages, costs, loss of services, expenses and compensation which the Parties now have, or which may hereafter accrue or otherwise be acquired by the Parties, on account of, or in any way growing out of this matter.

**IT IS FURTHER ORDERED** the Parties represent and warrant that no other person or entity has or has had any interest in the claims, demands, obligations, or causes of action referred to in this agreement, except as otherwise set forth herein, and that it has not sold, assigned, transferred, conveyed or otherwise disposed of any of the claims, demands, obligations, or causes of action referred to in this agreement.

**IT IS FURTHER ORDERED** this agreement contains the entire agreement between the Parties with regard to the matters set forth herein and shall be binding upon and inure to the benefit of the executors, administrators, personal representatives, heirs, successors, and assigns of each.

**IT IS FURTHER ORDERED** in entering into this agreement, the Parties each represents that it has relied upon the legal advice of its attorneys, who are the attorneys of its own choice and that the terms of this agreement have been completely read and explained to it by its attorneys, and that those terms are fully understood and voluntarily accepted by it.

**IT IS FURTHER ORDERED** all Parties agree to cooperate fully and execute any and all supplementary documents and to take all additional actions which may be necessary or appropriate to give full force and effect to the terms and intent of this agreement.

Dated: September 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT:**

MORRIS LAW FIRM, pllc

/s/ ▒▒▒▒▒▒▒ ▒. ▒▒▒▒▒▒
By: Richard W. Morris, J.D.
Attorney for Marshall & Ilsley Trust

**DUDUGJIAN & MAXEY**

_____
Edward A. Smith
Attorneys for Defendants

Greenwell v. Greenwell
Case No. CIV-S-04-2205 MCE GGH

Order on Stipulation
Page 5