# UNITED STATES DISTRICT COURT
Eastern District of California

| | |
|---|---|
| Adeline S. Greenwell,        )<br>                                          )<br>               Plaintiff,    )<br>                                          )<br>     v                                 )<br>                                          )<br>Ronald Stremel Greenwell,  )<br>et al,                                  )<br>                                          )<br>               Defendants. )<br>_____) | Case No.  2:04-cv-2205 MCE GGH<br><br><br><br>ORDER |

The stipulation of the parties having come before the Court, and good cause appearing therefore,

IT IS ORDERED that Brecek & Young Advisors, Inc., 9701 Fair Oaks Blvd., Fair Oaks, CA 95628-7010 deliver all documents dealing with the Ralph Greenwell and Adeline Greenwell Trust dated November 20, 1987, or Ralph Greenwell or Adeline Greenwell concerning Account Number BYA003735 to M&I Trust Company upon the request of M&I Trust Company, 1040 West Bell Road, Suite C, Sun City, Arizona 85375.

Date: December 5, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE