UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADELINE S. GREENWELL,

        Plaintiff,

   v.

RONALD STREMEL GREENWELL, an individual, RANDEE J. BRADY, an individual; CARLA ROBBINS LEWIS, an individual,

        Defendants.

NO. 2:04-cv-2205-MCE-GGH

ORDER

----oo0oo----

At the time of the status conference held in this matter on November 27, 2006, Coral Lou Sehara signed the pending Settlement Agreement resolving this litigation in its entirety, subject to the Court's continuing jurisdiction in resolving, as necessary, any dispute between the parties in effectuating the terms of the Agreement.  Given that Settlement Agreement, which was formally filed with the Court on November 28, 2006, the above-captioned matter is hereby dismissed, although as aforestated the Court will continue to monitor and/or supervise full compliance with the Settlement Agreement.

1

Given the dismissal warranted by the terms of the November 2006 settlement, the previous Motion for Conditional Dismissal filed on March 22, 2006 is now moot and need not be further considered.

With respect to the January 19, 2007 request made by Coral Lou Sehara and the Marshall & Ilsley Trust for resolution of disputed factual issues in effectuating the terms of the parties' settlement, the parties are hereby directed to provide simultaneous briefing not later than April 4, 2007 as to said issues. Said briefing shall not exceed ten (10) pages. No opposition will be permitted.

IT IS SO ORDERED.

Dated: March 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE