UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ADELINE S. GREENWELL,

        Plaintiff,

   v.

RONALD STREMEL GREENWELL, an individual, RANDEE J. BRADY, an individual; CARLA ROBBINS LEWIS, an individual,

        Defendants.

NO. 2:04-cv-2205-MCE-GGH

ORDER

----oo0oo----

On January 19, 2007, Coral Lou Sehara and the Marshall & Ilsley Trust requested that the Court resolve certain disputed issues in order to effectuate the terms of the parties' Settlement Agreement filed with the Court on November 28, 2006, as well as the previous Settlement Agreement reached following mediation before the Hon. Cecily Bond (Ret.) on March 8, 2006. Simultaneous briefing was ordered on said issues, to be submitted not later than April 4, 2007. The Court has now received and reviewed that briefing.

///

1

1     There are three items in question: 1) the Van Campen
2  account; 2) earnings on $20,000.00 allocated to Ron Greenwell
3  under Trust B; 3) two AMEX Life Insurance Policy loans taken out
4  by Adeline Greenwell totaling $150,000.00 ($80,000.00 in
5  approximately August of 2002 and $70,000.00 taken between 1995
6  and 1997).  While the parties now agree that the Van Campen
7  account issue has been resolved, Coral Lou contends that
8  adjustments to the final trust accounting, and proposed
9  distribution amounts, must be made to account for earnings
10 attributable to Ron Greenwell on his $20,000.00 trust asset as
11 well as the aforementioned AMEX Life Insurance Policy loans.
12     Having signed Settlement Agreements in March and November of
13 2006 that resolved all issues between the parties, and that
14 contained (with respect to the March 8, 2006 Agreement) a
15 California Civil Code § 1542 waiver as to both known and unknown
16 claims, Coral Lou Sehara cannot in the wake of those Agreements
17 resurrect additional items she now claims to be disputed.  The
18 comprehensive settlement between the parties plainly encompassed
19 the matters now raised by Ms. Sehara, and her arguments to the
20 contrary border on the frivolous.
21     Marshall & Ilsley Trust is hereby directed to submit a
22 proposed distribution to the Court consistent with this Order not
23 later than Monday, June 11, 2007.  Remaining trust assets shall
24 be distributed in accordance with the accounting contained
25 therein to the trust beneficiaries.
26 ///
27 ///
28 ///

1  Coral Lou Sehara shall make a payment to Trust A as an equalizing
2  adjustment for excess distributions she has already received in
3  accordance with the newly revised proposed distribution and
4  accounting not later than thirty (30) days following her receipt
5  of that proposed distribution and accounting.
6      A Status Conference in this matter is hereby set for
7  September 14, 2007 at 9:00 a.m.  A Joint Status Conference
8  Statement shall be filed with the Court not later than fourteen
9  (14) days beforehand.
10     Failure to comply with this Order, and the Court's previous
11 Orders in this case, may subject the offending party to
12 sanctions, including but not limited to imposition of attorney's
13 fees. Counsel are strongly advised by the Court to advise their
14 respective clients of the potential consequences of noncompliance
15 with this Court's orders.
16     IT IS SO ORDERED.

Dated: May 25, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE