Edward A. Smith (SBN: 129950)
Dudugjian & Maxey, Inc.
13 Sierragate Plaza, Bldg B.
Roseville, CA 95678
Tel (916) 786-7272

Attorney for defendants Ronald S. Greenwell, Carla Lewis and Randee Brady

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| Adeline S. Greenwell,<br><br>　　　　Plaintiff,<br><br>　v<br><br>Ronald Stremel Greenwell, et al,<br><br>　　　　Defendants. | No.  2:04-cv-02205-MCE-GGH<br><br>ORDER APPROVING TRUSTEE'S PROPOSED DISTRIBUTION |

The Court has received the Trustee's Proposed Distribution of June 8, 2007 ("Distribution"), and having considered same and  good cause appearing, therefore:

IT IS ORDERED that the proposed distribution as filed with this Court on June 8, 2007 is hereby approved.  As directed by this Court in its order dated May 29, 2007, Coral Lou Sehara shall deliver the sum of $85,960.10 to the trustee no later than 30 days from the Trustee's Proposed Distribution filed with this Court on June 8, 2007, i.e., on or before July 8, 2007.

IT IS FURTHER ORDERED that the trustee shall immediately make distributions from the assets of the trust to the following trust beneficiaries:

| | |
|---|---|
| Ron Greenwell | $281,739.59 |
| Carla Robbins | $311,739.59 |
| Randee Brady | $311,739.59 |
| Lyn Johnson | $36,330.67 |
| Tim Roberts, | |
| Robin Simmons, | |
| Pete Glenn, | |
| Daniel Glenn, | |
| Sharon Connelly, and | |
| Jenny Truscott | $12,110.22 (each) |

IT IS FURTHER ORDERED that the trustee shall, upon receipt of the sum of no less than $85,960.10 from Coral Lou Sehara, immediately distribute said sum to the following trust beneficiaries as follows:

| | |
|---|---|
| Ron Greenwell | $28,624.71 |
| Carla Robbins | $28,624.71 |
| Randee Brady | $28,624.71 |

IT IS FURTHER ORDERED that the Trustee, on behalf of the Trust, shall not cause to be recorded a withdrawal of the lis pendens currently on real property located at 10687 Alta Street, Grass Valley, California, until after the Trustee files with the Court receipts signed by all the trust beneficiaries confirming receipt of distributions or other satisfactory proof to the Court of receipt of distributions consistent with the terms of this order.

IT IS FURTHER ORDERED that the Court shall continue to retain jurisdiction over this matter until, based upon receipts or other competent evidence filed, the Court is satisfied that the terms of the herein order of distribution have been satisfied.

1    As with this Court's prior order dated May 29, 2007, failure to comply with
2 this Order, and the Court's previous Orders in this case, may subject the
3 offending party to sanctions, including but not limited to imposition of attorney's
4 fees. Counsel are strongly advised by the Court to advise their respective clients
5 of the potential consequences of noncompliance with this Court's orders.

6  Dated: July 12, 2007

7
8                                               _____
                                                MORRISON C. ENGLAND, JR.
9                                               UNITED STATES DISTRICT JUDGE

10

11 Approval as to form:

12 Date: July 2, 2007                          *Edward A. Smith*
                                               Edward A. Smith, Attorney
13                                             for Ronald Greenwell, Carla
                                               Lewis and Randee Brady
14

15

16 Date:_____                           _____
                                               Richard W. Morris, Attorney
17                                             for Coral Lou Sehara and
                                               M & I Trust Co.
18

19

20

21

22

23

24

25

26